MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
BEN A. PORTER, WA. Bar No. 14195
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8979
    Facsimile: (415) 744-0134
    E-Mail: Ben.Porter@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| CHERYL LYNN JAGER,<br><br>      Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security,<br><br>      Defendant. | Case No.: 2:17-cv-02141-TLN-CMK<br><br>**STIPULATION AND ORDER TO EXTEND TIME** |

    The parties, through their respective counsel, stipulate that the time for filing of Defendant's Cross-Motion for Summary Judgment and Memorandum in Support of Defendant's Cross-Motion be extended thirty (30) days from July 3, 2018 to August 2, 2018. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because of an unusually heavy workload.

1  The parties further stipulate that the Court's Scheduling Order shall be
2  modified accordingly.

                                    Respectfully submitted,

Dated: June 28, 2018            */s/ Shellie Lott*
                                SHELLIE LOTT
                                Cerney Kreuze & Lott, LLP

Dated: June 28, 2018            MCGREGOR W. SCOTT
                                United States Attorney
                                DEBORAH LEE STACHEL
                                Regional Chief Counsel, Region IX
                                Social Security Administration


                         By:    */s/ Ben A. Porter*
                                BEN A. PORTER
                                Special Assistant U.S. Attorney
                                Attorneys for Defendant



                                ORDER

APPROVED AND SO ORDERED:

Dated: July 11, 2018

                                _____
                                CRAIG M. KELLISON
                                UNITED STATES MAGISTRATE JUDGE